1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614)
2  E-mail:  mburns@seyfarth.com
   Elham Marder (SBN 251981)
3  E-mail: emarder@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:     (415) 397-2823
5  Facsimile:     (415) 397-8549

6  Attorneys for Defendant
   ESURANCE INSURANCE SERVICES, INC.
7

8  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   Todd M. Friedman (SBN 216752)
9  tfriedman@attorneysforconsumers.com
   Suren N. Weerasuriya (SBN 278521)
10 sweerasuriya@attorneysforconsumers.com
   Adrian R. Bacon (SBN 280332)
11 abacon@attorneysforconsumers.com
   325 S. Beverly Drive #725
12 Beverly Hills, CA  90212
   Telephone:  877-206-4741
13 Facsimile:  866-633-0228

14 Attorneys for Plaintiff
   PATRICIA GRENIER
15

16
                  UNITED STATES DISTRICT COURT
17
                  EASTERN DISTRICT OF CALIFORNIA
18

19 | PATRICIA GRENIER, on behalf of herself and all others similarly situated, | Case No. 1:15-cv-01210-GSA |
20 | Plaintiff, | **ORDER GRANTING FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND THE REQUEST TO EXTEND THE DATE OF THE SCHEDULING CONFERENCE** |
21 | v. | |
22 | ESURANCE INSURANCE SERVICES, INC., and DOES 1 through 10, inclusive, and each of them, | |
23 | | |
24 | Defendants. | Trial Date:  Not Set Yet |
25 | | Date Action Filed:  August 4, 2015 |

26
27
28

For good cause shown, Plaintiff Patricia Grenier and Defendant Esurance Insurance Services, Inc.'s Joint Stipulation for Further Extension of Time for Defendant to Respond to the Complaint and Requesting to Extend the Date of the Scheduling Conference (ECF No. 8) is GRANTED. The deadline for Defendant Esurance Insurance Services, Inc. to file a response to the Complaint is extended from October 7, 2015 to **November 6, 2015**. The parties' scheduling conference is moved from November 5, 2015 to **December 2, 2015**.

IT IS SO ORDERED.

Dated:   **October 5, 2015**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

21088217v.1

---

1

ORDER GRANTING FURTHER EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND REQUEST TO EXTEND THE DATE OF THE SCHEDULING CONFERENCE /
CASE NO. 1:15-CV-01210-GSA