# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO, CALIFORNIA

| | |
|---|---|
| **PATRICIA GRENIER,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>**ESURANCE INSURANCE SERVICES, INC.,** and DOES 1 through 10, inclusive**,**<br><br>　　　　　　Defendant. | Case No. 1:15-cv-01210 EPG<br><br>**ORDER DISMISSING THIS ACTION**<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THIS CASE** |

　　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) (Doc. 18), the entire case is dismissed with prejudice as to the named Plaintiff, Patricia Grenier, and without prejudice as to the putative class. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　Dated:　**January 15, 2016**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE